Steven W. WARD, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee,

and

Butner Legal Center, Defendant.

No. 08–2308.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 2, 2009.

Steven W. Ward, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina; Christina Ann Thompson, Attorney Advisor, Butner, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven W. Ward appeals the district court's order denying his civil action alleging claims under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. United States*, No. 5:07-cv-00383-BO, 2008 WL 4772189 (E.D.N.C. Oct. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*